E-FILED
Thursday, 28 February, 2013  08:30:51 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| K.P., by and through his father, S.P.; J.F., by and through his mother, A.F.; D.R., by and through his mother, M.R.; A.P., by and through her mother, P.P.; and T.R., by and through his mother, C.R., | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) | 12-cv-2044 |
| JULIE HAMOS, in her official capacity as Director of the Illinois Department of Healthcare and Family Services, | ) ) ) ) ) | |
| Defendant. | ) | |
| S.B. , by and through her father, W.B., | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 12-cv-3077 |
| JULIE HAMOS, in her official capacity as Director of the Illinois Department of Healthcare and Family Services, | ) ) ) ) ) | |
| Defendant. | ) | |
| T.G., by and through his mother, Ta.G.; C.B., by and through his mother, K.O.; L.H., by and through her mother, L.K.; and M.C., by and through his mother, T.M., | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |

|  |  |  |
|---|---|---|
| v. | ) | No. 12-cv-3320 |
|  | ) |  |
| JULIE HAMOS, in her official capacity as Director of the Illinois Department of Healthcare and Family Services, | ) ) ) ) |  |
|  | ) |  |
| Defendant. | ) |  |

|  |  |  |
|---|---|---|
| J.T., by and through his mother A.F., | ) |  |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | No. 12-cv-03203 |
|  | ) |  |
| JULIE HAMOS, in her official capacity as Director of the Illinois Department of Healthcare and Family Services, | ) ) ) ) |  |
|  | ) |  |
| Defendant. | ) |  |

|  |  |  |
|---|---|---|
| A.K., by and through his mother, S.K.; and P.G., by and through his mother, K.G., | ) ) ) |  |
|  | ) |  |
| Plaintiffs, | ) |  |
|  | ) |  |
| v. | ) | No. 13-cv-3020 |
|  | ) |  |
| JULIE HAMOS, in her official capacity as Director of the Illinois Department of Healthcare and Family Services; MICHELLE R.B. SADDLER, in her official capacity as Secretary of the Department of Human Services; and THE ILLINOIS MENTAL HEALTH COLLABORATIVE FOR ACCESS AND CHOICE, | ) ) ) ) ) ) ) ) ) ) |  |

|  | ) |
| --- | --- |
| Defendants. | ) |

## OPINION

SUE E. MYERSCOUGH, U.S. District Judge.

This matter came before the Court on a telephone status hearing. Attorney Michelle N. Schneiderheinze appeared on behalf of Plaintiffs. Attorney Deborah L. Barnes appeared on behalf of Defendants Julie Hamos, in her official capacity as Director of the Illinois Department of Healthcare and Family Services, and Michelle R.B. Saddler, in her official capacity as Secretary of the Department of Human Services.  Attorney J. Matthew Anderson appeared on behalf of Defendant The Illinois Mental Health Collaborative for Access and Choice.

By agreement of the parties, the Court has consolidated these cases for purposes of discovery, but the cases shall retain their separate identities and case numbers.  All future plaintiffs shall be added by way of an amended complaint filed in <u>A.K. et al. v. Hamos et al.</u>, No. 13-3020, and Plaintiffs are granted leave to do so.

The preliminary injunction hearing scheduled regarding Plaintiff P.G. in <u>A.K. et al. v. Hamos et al.</u>, No. 13-3020 set for March 4, 2013 at 3:00 p.m. is VACATED and RESET to March 20, 2013 at 9:00 a.m.

ENTERED: February 27, 2013

FOR THE COURT:

                                                / Sue E. Myerscough
                                                 SUE E. MYERSCOUGH
                                               UNITED STATES DISTRICT JUDGE